SARAH MACOMB, ANGUS McINTOSH AND ALEXANDER MACOMB, EXECUTORS OF WILLIAM MACOMB, DECEASED
v.
PIERRE CHENE AND GABRIEL GODFROY

1811

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . . . *Journal, infra,* *p. 353

PAPERS IN S. C. FILE

1. Copy of district court judgment . . . . . . . . . . . . .
2. Precipe for fieri facias . . . . . . . . . . . . . . . .
3. Writ of fieri facias . . . . . . . . . . . . . . . . .
4. Alias writ of fieri facias . . . . . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Precipe for fieri facias . . . . . . . . . . . . . . . .